IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00704-BNB

WILLIE McCRAY,

    Plaintiff,

v.

WARDEN RIOS, in his individual capacity, and
ASSOCIATE WARDEN JONES, in his individual capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2007

GREGORY C. LANGHAM
CLERK

## ORDER

Plaintiff, Willie McCray, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary at Lewisburg, Pennsylvania. Mr. McCray initiated this action while he was incarcerated at a federal prison in Colorado by filing *pro se* a complaint and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on April 6, 2007, the court directed the clerk of the court to commence a civil action and directed Plaintiff to cure certain deficiencies if he wished to pursue his claims in this action. More specifically, the court ordered Plaintiff to file the complaint and the *in forma pauperis* motion on the proper forms.

Mr. McCray has not cured the deficiencies in this action. Instead, he has submitted to the court a number of notices stating that he has not been issued his personal property following his transfer to the Lewisburg prison and that his completed complaint in this action is in his property. It is not clear when Mr. McCray will be provided with access to his personal property. The court already has granted Mr.

McCray two extensions of time to cure the deficiencies in this action.

Mr. McCray will be granted one final extension of time to cure the deficiencies in this action. This court cannot assist Mr. McCray in his efforts to access his personal property because the prison officials at the Lewisburg prison who allegedly are denying Mr. McCray access to his personal property are not parties to this action and are not within the jurisdiction of this court. If Mr. McCray still does not have access to his personal property, he is advised to rewrite his complaint and *in forma pauperis* motion on the forms that will be provided to him. Accordingly, it is

ORDERED that Plaintiff shall have **thirty (30) days from the date of this order** to cure the deficiencies in this action by filing his complaint and motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on the proper forms. It is

FURTHER ORDERED that the clerk of the court is directed to mail to Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the deficiencies within the time allowed, the instant action will be dismissed without further notice.

DATED July 31, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00704-BNB

Willie J. McCray
Reg. No. 24599-018
USP - Lewisburg
PO Box 1000
Lewisburg, PA 17837

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 7/31/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk