# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00704-ZLW

WILLIE McCRAY,

    Plaintiff,

v.

WARDEN RIOS, in his individual capacity, and
ASSOCIATE WARDEN JONES, in his individual capacity,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The amended complaint, notice, statement, motions, and brief filed by Plaintiff on August 1, 2008 will not be considered and the motions are denied because this action was dismissed by order filed on September 19, 2007, and none of the documents filed on August 1 relate to the Court's order dismissing this action. If Plaintiff wishes to pursue his claims in a new civil action, he should submit the documents he seeks to file without using an existing case number and a new civil action number will be assigned.

Dated: August 5, 2008

---

Copies of this Minute Order mailed on August 5, 2008, to the following:

Willie James McCray
Reg. No. 24599-018
USP - Tuscan
PO Box 24550
Tuscan, CO 85734

                          Secretary/Deputy Clerk